UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SIEMENS INDUSTRY SOFTWARE, INC., | § § | |
| *Plaintiff,* | § § | CASE NO. 23-498 |
| v. | § § | |
| DOES 1 – 268, | § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § | |

## ORDER GRANTING MOTION TO QUASH SUBPOENA

Defendant Doe No. 160's motion to quash the subpoena served on Charter Communications by Plaintiff is well taken and is therefore quashed.

_____
Judge Presiding