daiderekwu@gmail.com **UNITED STAES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISON**

**Siemens Industry Software, Inc**
   **Plaintiff,**
v.                                                                    Case No. 4:23-cv-00498

**DOES 1-268**
   **Defendants.**


### ORDER GRANTING MOTION TO QUASH SUBPOENA

After review of Defendant Doe No. 245's MOTION TO QUASH SUBPOENA, MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, MOTION TO DISMISS FOR IMPROPER VENUE, MOTION TO DISMISS FOR MISJOINDER, the court orders as follows:

**MOTION TO QUASH SUBPOENA,**

   _____   Granted_____   Denied

**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION,**

   _____   Granted _____   Denied

**MOTION TO DISMISS FOR IMPROPER VENUE,**

   _____   Granted _____   Denied

**MOTION TO DISMISS FOR MISJOINDER**

   _____   Granted _____   Denied

                                                         ---------------------------------------------------
                                                         **Judge Presiding**

1