UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SIEMENS INDUSTRY SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-268, <br><br> Defendants. | Case No.: 4:23-cv-498 <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF SIEMENS INDUSTRY SOFTWARE INC.'S
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE NO. 228**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Siemens Industry Software, Inc., hereby gives notice that its claims in the action against Defendant John Doe No. 228 (IP Address 75.80.111.64), are voluntarily dismissed with prejudice.

DATED this 14th day of December 2023.

/s/ Brian J. Kay
Brian J. Kay
Texas Bar No. 24131427
S.D. Tex. No. 3805253

Robert R. Riddle
Texas Bar No. 24035765
S.D. Tex. No. 1553007
rriddle@reedsmith.com

Katherine Geldmacher
Texas Bar No. 24109916
S.D. Tex. No. 3352401
kgeldmacher@reedsmith.com

Reed Smith LLP
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone: 713.469.3819
Telecopier: 713.469.3899

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that the above document was served via the Court's CM/ECF system to all counsel of record on December 14, 2023.

*/s/ Brian J. Kay*
Brian J. Kay

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SIEMENS INDUSTRY SOFTWARE INC., | |
| Plaintiff, | Case No.: 4:23-cv-498 |
| | JURY TRIAL DEMANDED |
| v. | |
| DOES 1-268, | |
| Defendants. | |

## ORDER OF DISMISSAL AS TO JOHN DOE 228

In accordance with the Notice of Voluntary Dismissal with Prejudice of John Doe No. 228 filed on December 14, 2023, it is hereby ORDERED that John Doe No. 228 (IP Address 75.80.111.64), *only*, is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED this _____ day of December 2023.

_____
Andrew S. Hanen
United States District Judge