**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| SIEMENS INDUSTRY SOFTWARE INC., | |
| Plaintiff, | Case No.: 23-498 |
| v. | JURY TRIAL DEMANDED |
| DOES 1-268, | |
| Defendants. | |

**ORDER GRANTING MOTION TO EXTEND TIME FOR PLAINTIFF TO SERVE DEFENDANTS**

Before the Court is Plaintiff's Motion to Extend Time for Plaintiff to Serve Defendants (the "Motion"). Good cause has been shown by Plaintiff for the extension of the deadline. Therefore, Plaintiff's Motion should be, and is hereby, GRANTED. Accordingly, the deadline for Plaintiff to serve Defendants pursuant to Fed. R. Civ. P. 4(m) is extended to the date 30 days following the disposition of the pending Motions to Quash.

**SO ORDERED** this the _____, day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE