United States District Court
Southern District of Texas
**ENTERED**
February 27, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SIEMENS INDUSTRY SOFTWARE, INC.<br>　　　Plaintiff | §<br>§ | |
| VS | §<br>§ | CIVIL ACTION NO. 4:23cv0498 |
| DOES 1-268, et al,<br>　　　Defendants. | §<br>§<br>§ | |

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

The Court has determined that this case is appropriate for referral to Magistrate Judge Peter Bray to conduct all further proceedings, including the issuance of a Memorandum and Recommendation on any dispositive motions of the parties. It is therefore

**ORDERED** that this case is **TRANSFERRED** to United States Magistrate Peter Bray for all pretrial matters to include the issuance of a Memorandum and Recommendation on any dispositive motions. The Consent to Proceed Before Magistrate Judge entered 2/11/2024 (at docket entry no. 44) is VACATED.

SIGNED at Houston, Texas, this ___25th___ day of February 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE