United States District Court
Southern District of Texas
**ENTERED**
April 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SIEMENS INDUSTRY SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-268, <br><br> Defendants. | Case No.: 4:23-cv-498 <br><br> JURY TRIAL DEMANDED |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff has filed a Notice of Dismissal Without Prejudice against all remaining Does (Dkt. No. 51). In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Complaint has been **DISMISSED WITHOUT PREJUDICE.** This Notice shall not affect any previous dismissals in this action, whether they were made with or without prejudice. Accordingly, the Clerk is directed to **CLOSE** the case and terminate all other motions pending in this matter.

**SO ORDERED AND ADJUDGED** this the 18th, day of Apr. l, 2024.

_____
UNITED STATES DISTRICT JUDGE